United States District Court
Southern District of Texas
**ENTERED**
May 03, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CRIMINAL ACTION NO. 4:20-CR-00452 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| WILLIAM DEXTER LUCAS (1), DEBORAH JEAN LUCAS (2), and BRIAN CORPIAN (3), Defendants. | § § § § § § § | |

**AMENDED ORDER FOR PRESENTENCE INVESTIGATION, DISCLOSURE, AND SENTENCING DATES**

The following schedule will now control disposition of this case:

1. **August 10, 2023** — The probation officer must disclose the initial presentence report to counsel.

2. **August 24, 2023** — Counsel must object in writing to the facts used and application of the guidelines, or state that there is no objection.

3. **September 7, 2023** — The probation officer must submit the final presentence report with an addendum addressing contested issues.

4. **September 14, 2023, at 1:30 PM** — **SENTENCING** Appear in Courtroom 9F before Judge Charles Eskridge. *Defendant must be present in person.*

     For counsel to attend interviews with a defendant, tell the United States Probation Officer immediately. Within five days, counsel must supplement that oral request with one in writing.

     SO ORDERED.

     Signed on May 3, 2023, at Houston, Texas.

*(signature)*
Hon. Charles Eskridge
United States District Judge